US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 1 3 2011

CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11CR30002-001 |
| | ) | |
| MARK KRAUSE | ) | 26 U.S.C. §§ 5861(d) and 5871 |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On or about the date of June 8, 2010, in the Western District of Arkansas, Harrison Division, the defendant, **MARK KRAUSE**, knowingly possessed a firearm, namely a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d) and 5871.

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: /s/ Wendy L. Johnson
Wendy L. Johnson
Assistant U. S. Attorney
Arkansas Bar No. 94067
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125

-1-