IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

         v.        Civil No. 11-30002-001

MARK KRAUSE                                                 DEFENDANT

**O R D E R**

NOW on this 30th day of October 2013, the above referenced matter comes on for the Court's consideration the motion filed by the defendant, entitled **Motion to Terminate Supervised Release Early** (Document #99) and the response and reply thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1. A judgment was entered on June 15, 2011 after the defendant, Mark Krause, pleaded guilty to conspiracy to possess unregistered firearms, in violation of 26 U.S.C. § 5861(d) and in violation of 18 U.S.C. § 371. Krause was sentenced to 24 months imprisonment, three years supervised release, a $5,000 fine, and a $100 special assessment.

2. Krause's supervised release commenced on August 30, 2012. On February 7, 2013, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was filed and signed by the Court. The modification provided that the U.S. Probation Office for the Northern District of California would accept supervision of Krause. As part of the modification, Krause was given a special condition that he participate in mental health counseling.

3. In the instant motion, Krause seeks early termination of his supervised release, arguing:

*   he has adhered to all conditions and requirements both in Arkansas and the Northern District of California;

*   he has paid his $5,000 fine and $100 special assessment in full;

*   there have been no problems or violations during his time of supervised release, including that all 30 drug screens have been submitted, and all have been negative.

4.  The government has responded and objects to Krause's request for early termination of supervised release. The government notes:

*   that Krause has served a little over one year of his three year term of supervised release;

*   that an added condition to Krause's supervised release is that he participate in mental health counseling;

*   that being on supervised release is not causing a hardship or onerous burden for Krause;

*   that Krause has neither shown that he has exhibited exceptionally good behavior nor identified any serious impediments he faces by continuing on supervised release, such as problems with a work schedule or with his type of employment; and,

*   that both the probation officers in the Western District of Arkansas and the Northern District of California recommend denial of the requested early termination.

5.  In reply to the government's response, Krause states that being on supervised release, in fact, interferes in many ways with his employment and employment opportunities. Specifically, Krause states:

* that he often is required to leave work early to report ot his probation officer; and,

* that his supervised release prohibits him from accepting a significant number of jobs repairing air hammers due to travel restrictions.

Krause further states that he is participating in mental health counseling on his own and at his own expense and plans to continue to do so.

6. Under 18 U.S.C. § 3583(e)(1), this Court may terminate supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The Court must consider factors set forth in 18 U.S.C. § 3553, such as the nature and circumstances of the offense, the history and characteristics of the defendant, the need to provide adequate deterrence to criminal conduct, and the need to provide the defendant with correctional treatment in the most efficient manner.

7. Considering these factors, the Court finds that the instant motion should be, and hereby is, **granted.** The natures and circumstances of the offense, the history of the defendant and the extenuating circumstances which make continued supervised release problematic warrant early termination.

**IT IS, THEREFORE, ORDERED that Krause's supervised release is terminated and that he is discharged from further supervision.**

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE